ERI D. POND, Appellant, *v.* JOHN H. CLARK et al., Respondents.

(Submitted January 9, 1874; decided May term, 1874.)

THIS action was brought against defendants as common carriers, to recover damages for the non-delivery of freight intrusted to them for transportation from New York to Washington.  The defence was, that defendants acted simply as agents for the owners of the steamship on board which the freight was received.  The question was one of fact merely.  The court *held*, that it did not appear from the evidence that the agency was disclosed, and it warranted the

conclusion that plaintiff treated and negotiated with defendants as principals, and that they were rightly held liable by the trial court.

*L. A. Brigham* for the appellant.

*John E. Parsons* for the respondents.

Lott, Ch. C., reads for reversal.
All concur.
Judgment of the General Term of the New York Common Pleas reversed, and that of the Marine Court affirmed.